**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

# DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Lian Yang, Alston & Bird LLP
(Name of attorney of record)
on behalf of East West Manufacturing Holding Corp., Vexos, Inc., STACI Ltd., and ControlTek, Inc. in the matter of East West Manufacturing Holding Corp., et al. v. United States, et al., Court No. 26-05029.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

The parent company of East West Manufacturing Holding Corp., Vexos, Inc., STACI Ltd., and ControlTek, Inc. is East West Manufacturing, LLC.

These entities do not have any publicly-owned companies or affiliates.

No publicly-held company has a 10% or greater ownership interest in these entities.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.

N/A

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

N/A

| | |
|---|---|
| Signature of Attorney | November 5, 2026 |
| /s/ Lian Yang | Date |

Firm
Alston & Bird LLP

Street Address
950 F Street, NW

City, State and Zip Code
Washington, DC 20004

Telephone Number
lian.yang@alston.com

E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)